IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEVIN A. TOLLIVER,

    Plaintiff,

vs.

    Civil Action 2:08-CV-722
    Judge Sargus
    Magistrate Judge King

TERRY COLLINS, Director
O.D.R.C., et al.,

    Defendants.

### ORDER

On November 6, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motion asking that defendants' default be entered and default judgment be granted, Doc. No. 10, be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The plaintiff's motion asking that defendants' default be entered and default judgment be granted, Doc. No. 10, is hereby **DENIED**.

3-17-2009
Date

Edmund A. Sargus, Jr.
United States District Judge