IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEVIN A. TOLLIVER,

    Plaintiff,

vs.                                      Civil Action 2:08-CV-722
                                            Judge Sargus
                                            Magistrate Judge King

TERRY COLLINS, Director
O.D.R.C., et al.,

    Defendants.

## ORDER

On July 17, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff Kevin Tolliver's motion for a temporary restraining order, Doc. Nos. 17, 19, 21 and 32, be denied as moot and that his request for a hearing on this motion, Doc. Nos. 17 and 19, be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**.


8-11-2009
Date

                                                Edmund A. Sargus
                                                United States District Judge