UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEVIN A. TOLLIVER, *et al.*,

    Plaintiffs,

v.

    Civil Action 2:08-cv-00722
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge E.A. Preston Deavers

TERRY COLLINS, Director
O.D.R.C., *et al.*,

    Defendants.

## ORDER

This matter is before the Court for consideration of the December 29, 2011 Report and Recommendation of the United States Magistrate Judge (ECF No. 143) and Plaintiff's Objection to the Report and Recommendation (ECF No. 147). For the reasons stated below, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED**. (ECF No. 133.)

The Magistrate Judge recommended denial of Plaintiff's preliminary injunction motion because the relief he sought and the bases for that relief were unrelated to the allegations in his Complaint. She also concluded that Plaintiff had failed to establish a likelihood of success on the merits with respect to the one request arguably related to his Complaint.

Plaintiff timely filed an objection to the Report and Recommendation under Federal Rule of Civil Procedure 72(b). In his Objection, Plaintiff fails to explain his bases for objecting to the

Magistrate Judge's recommendation. Instead, he simply re-asserts the allegations he raised in his preliminary injunction motion.

The Court has reviewed the Report and Recommendation and Plaintiff's Objection in accordance with 28 U.S.C. § 636(b)(1) and Rule 72(b). Because the decision and analysis of the Magistrate Judge is persuasive, the Court **ADOPTS** the December 29, 2011 Report and Recommendation (ECF No. 143), **OVERRULES** Plaintiff's Objections (ECF No. 147), and **DENIES** Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 133).

**IT IS SO ORDERED.**

1-20-2012
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE