UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEVIN A. TOLLIVER, *et al.*,

    Plaintiffs,

v.

    Civil Action 2:08-cv-00722
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge E.A. Preston Deavers

TERRY COLLINS, Director
O.D.R.C., *et al.*,

    Defendants.

## ORDER

This matter is before the Court for consideration of the April 30, 2012 Report and Recommendation of the United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b). (ECF No. 157.) The Magistrate Judge recommended that the Court grant Defendants' Second Motion for Summary Judgment. (ECF No. 151.)

The Report and Recommendation specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 17, ECF No. 157.) The time period for filing objections to the Report and Recommendation has expired. The parties have not objected to the Report and Recommendation.

The Court has reviewed the Magistrate Judge's Report and Recommendation. Noting

that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation.  Accordingly, the Court **GRANTS** Defendants' Second Motion for Summary Judgment.  (ECF No. 151.)  The Clerk is **DIRECTED** to enter judgment in favor of Defendants and to terminate this case.

    **IT IS SO ORDERED.**

    5-29-2012
**DATE**

    **EDMUND A. SARGUS, JR.**
    **UNITED STATES DISTRICT JUDGE**