AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**KEVIN A. TOLLIVER, et al.,**

    **Plaintiffs,**

**v.**

**JUDGMENT IN A CIVIL CASE**

**TERRY COLLINS, DIRECTOR**
**O.D.R.C., et al.,**

CASE NO.  C2-08-722
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE E.A. PRESTON DEAVERS

    **Defendants.**

\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

Pursuant to the ORDER filed May 29, 2012, JUDGMENT is hereby entered in favor of the Defendants.  This case is DISMISSED.


Date: May 29, 2012                               JAMES BONINI, CLERK


*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk