AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KEVIN A. TOLLIVER, et al.,**

       **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**v.**

                                  **CASE NO. C2-08-722**
**TERRY COLLINS, DIRECTOR**    **JUDGE EDMUND A. SARGUS, JR.**
**O.D.R.C., et al.,**                   **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

       **Defendants.**

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the ORDER filed May 29, 2012, JUDGMENT is hereby entered in favor of the Defendants. This case is DISMISSED.**

Date: May 29, 2012                                   JAMES BONINI, CLERK

                                                 */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk